

# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

## JUDGMENT IN A CIVIL CASE

STEVEN THOMPSON,

v.

BILLY TURNER, ET AL.,                    CASE NUMBER:   1:05-1162-T/An

**Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 11/9/2005, this case is hereby DISMISSED and CERTIFYING that any Appeal by plaintiff is not taken in good faith and if plaintiff wishes to take advantage of the installment procedures for paying the appellate filing fee, he must comply with the procedures set out in McGore and 1915(a)-(b).

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

                                        THOMAS M. GOULD
                                        CLERK

_____11/10/05_____          BY:  ___C. Sherd_____
DATE                              DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___11/16/05___.



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01162 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

Steven Thompson
West TN State Penitentiary
285030
408 Greeen Chapel Road
Henning, TN 38041

Honorable James Todd
US DISTRICT COURT